RECEIVED
IN LAKE CHARLES, LA

JAN 24 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| MARLIN FONTENOT | CIVIL ACTION NO. 05-352-LC |
| VS. | SECTION "P" |
| GLOBAL EXPERTISE IN OUTSOURCING, ET AL | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation filed in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITHOUT PREJUDICE**, *sua sponte*, under 42 U.S.C. §1997e for plaintiff's failure to exhaust available administrative remedies prior to the filing of suit.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the 23 day of Ja_____, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE