RECEIVED
IN LAKE CHARLES, LA

JUN - 8 2006


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARLIN FONTENOT** | : | **DOCKET NO. 2:05 CV 0352** |
| **VS.** | : | **JUDGE MINALDI** |
| **GLOBAL EXPERTISE IN OUTSOURCING, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## AMENDED ORDER

On April 19, 2006 the court entered an Order [doc. 18] allowing the plaintiff to proceed on appeal *in forma pauperis*.. That Order IS HEREIN SUPPLEMENTED and AMENDED to include the following language:

IT IS FURTHER ORDERED pursuant to 28 U.S.C. §1915(b) that no initial partial filing fee is to be paid. The plaintiff is, however, ORDERED to make monthly payments of 20 percent of the preceding month's income credited to his account until the full amount of the $455.00 appeal filing fee is paid. The Sheriff, Warden, or authorized prison official shall forward such payment from the inmate's account to the Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport LA 71101-3083, each time the amount in the inmate's account exceeds $10.00 until the balance of $455.00 has been paid in full.

Lake Charles, Louisiana, this 7 day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE